### TURNER v. COMMONWEALTH.

Court of Appeals of Kentucky.
Oct. 19, 1951.

J. B. Carter, Astor Hogg, Harlan, for appellant.

A. E. Funk, Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

CAMMACK, Chief Justice.

Joe Turner was sentenced to prison for one year on a charge of seducing Stella Taylor. He is asking that the judgment be reversed because the indictment did not charge an offense.

One of the elements of the offense of seduction covered by KRS 436.010 is that the female be under 21 years of age. Since the indictment against Turner did not charge that Stella Taylor was under 21 years of age, it stated no offense.

Judgment reversed.

### CHAMBERLIN CO. OF AMERICA, Inc., Movant, v. Edward C. ARKENAU, Opposed.

Court of Appeals of Kentucky.
Oct. 19, 1951.

Joseph C. Healy, Louis W. Gorman, Covington, for movant.

James R. McGarry, Covington, opposed.

PER CURIAM.

Appeal denied.

Judgment affirmed.